# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**JEREMY WRIGHT**                                                                                          **PLAINTIFF**

**v.**                          **Case No. 4:20-cv-891-LPR-BD**

**ERIC HIGGINS,** *et al.*                                                                                  **DEFENDANTS**

## ORDER

The Court has received a Partial Recommended Disposition (Doc. 9) from United States Magistrate Judge Beth Deere to dismiss Merissa Johnson as a Defendant in this case. Plaintiff Jeremy Wright had fourteen (14) days to file any objections. More than fourteen (14) days have passed and Mr. Wright has not done so. After careful review of the Partial Recommended Disposition and the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects. Accordingly, claims against separate Defendant Merissa Johnson are DISMISSED without prejudice.

IT IS SO ORDERED this 14th day of October 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE