IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JEREMY WRIGHT**                                                                                              **PLAINTIFF**

**V.**                              **CASE NO. 4:20-CV-891-LPR-BD**

**ERIC HIGGINS,** *et al.*                                                                                **DEFENDANTS**

## RECOMMENDED DISPOSITION

**I.     Procedures for Filing Objections**

This Recommendation for dismissal has been sent to Judge Lee P. Rudofsky. Either party may file objections if they disagree with the findings or conclusions set out in the Recommendation. Objections should be specific and should include the factual or legal basis for the objection.

To be considered, objections must be filed within 14 days. If parties do not file objections, they risk waiving the right to appeal questions of fact. And, if no objections are filed, Judge Rudofsky can adopt this Recommendation without independently reviewing the record.

**II.    Discussion**

Plaintiff Jeremy Wright filed this lawsuit without the help of a lawyer and is proceeding *in forma pauperis*. (Doc. Nos. 1, 3) The Court requires Plaintiffs who are not represented by counsel to keep the Court and all parties informed of an address where they can be served with court papers. Local Rule 5.5.

On December 31, Defendant Higgins moved to dismiss this case because correspondence sent to Mr. Wright was returned undelivered, because Mr. Wright was no

longer at the Ouachita River Unit of the ADC. The Court ordered Mr. Wright to notify the Court of his current address within 30 days of January 4, 2021. (Doc. No. 19) The Court specifically cautioned him that his claims could be dismissed if he failed to comply with the Order. (Doc. No. 19) To date, Mr. Wright has not notified the Court of his new address.

## III.  Conclusion

The Court recommends that Defendant Higgins's motion to dismiss (Doc. No. 16) be GRANTED. Mr. Wright's claims should be DISMISSED, without prejudice, based on his failure to comply with the Court's January 4 Order to update his address.

DATED this 5th day of February, 2021.

_____
UNITED STATES MAGISTRATE JUDGE