**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**JEREMY WRIGHT**                                                                                       **PLAINTIFF**

**v.**                                   **Case No. 4:20-cv-00891-LPR**

**ERIC HIGGINS**                                                                                        **DEFENDANT**

<u>**ORDER**</u>

  The Court has received and reviewed the Recommended Disposition for dismissal filed by United States Magistrate Judge Beth Deere. (Doc. 20). Plaintiff Jeremy Wright has not filed any objections. After a careful review of the record, and a *de novo* review of the Recommended Disposition, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects.

  IT IS THEREFORE ORDERED that Defendant Eric Higgins's Motion to Dismiss (Doc. 16) is GRANTED. Mr. Wright's Complaint (Doc. 2) is DISMISSED, without prejudice, based on his failure to comply with the Court's Order dated January 4, 2021. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from the Order and Judgment dismissing this action would not be taken in good faith.

  DATED this 25th day of February 2021.

               _____
               LEE P. RUDOFSKY
               UNITED STATES DISTRICT JUDGE