IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JEREMY WRIGHT**                                                                                                    **PLAINTIFF**

v.                                            Case No. 4:20-cv-00891-LPR

**ERIC HIGGINS**                                                                                                    **DEFENDANT**

## JUDGMENT

Pursuant to previous Orders filed in this case, it is considered, ordered, and adjudged that Plaintiff Jeremy Wright's Complaint is dismissed without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Judgment (and associated Orders) dismissing this action is considered frivolous and not in good faith.

IT IS SO ADJUDGED this 25th day of February 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE